**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6

7  MARK A. PORRAS,

8                    Petitioner,              No. C 12-3005 PJH (PR)

9       vs.                                   **ORDER FOR RESPONDENT
                                              TO SHOW CAUSE**
10  G. D. LEWIS, Warden,

11                  Respondent.
                                        /
12

13       Petitioner, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), has

14  filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  He has paid the

15  filing fee.

16                              **BACKGROUND**

17       Petitioner challenges the retroactive application of changes in California Penal Code

18  section 2933.6 to him.  Effective January 25, 2010, section 2933.6 was changed to provide

19  that validated gang members or associates are ineligible to earn credits off their sentence

20  while housed in a Secured Housing Unit (SHU), Psychiatric Services Unit (PSU) or

21  Administrative Segregation Unit (ASG).

22       Petitioner unsuccessfully sought relief from the state courts until the Supreme Court

23  of California denied his final state petition on March 28, 2012.

24                              **DISCUSSION**

25  **A.    Standard of Review**

26       This court may entertain a petition for writ of habeas corpus "in behalf of a person in

27  custody pursuant to the judgment of a State court only on the ground that he is in custody

28  in violation of the Constitution or laws or treaties of the United States."  28 U.S.C.

**United States District Court**
For the Northern District of California

1  § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975).  Habeas corpus petitions must meet

2  heightened pleading requirements.  *McFarland v. Scott,* 512 U.S. 849, 856 (1994).  An

3  application for a federal writ of habeas corpus filed by a prisoner who is in state custody

4  pursuant to a judgment of a state court must "specify all the grounds for relief available to

5  the petitioner ... [and] state the facts supporting each ground."  Rule 2(c) of the Rules

6  Governing § 2254 Cases, 28 U.S.C. foll. § 2254.  "'[N]otice' pleading is not sufficient, for the

7  petition is expected to state facts that point to a 'real possibility of constitutional error.'"

8  Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st Cir.

9  1970)).  "Habeas petitions which appear on their face to be legally insufficient are subject

10  to summary dismissal."  *Calderon v. United States Dist. Court (Nicolaus)*, 98 F.3d 1102,

11  1108 (9th Cir. 1996) (Schroeder, J., concurring).

12  **B.    Legal Claims**

13      The Ex Post Facto Clause forbids the states from statutorily cancelling time credits

14  and making ineligible for early release any prisoner who was previously eligible.  See *Lynce*

15  *v. Mathis*, 519 U.S. 433, 437-39, 447-49 (1997) (retroactive cancellation of prison credits

16  has impermissible effect of lengthening period of incarceration in violation of Ex Post Facto

17  Clause).  Liberally construed, petitioner's ex post facto claim appears cognizable under §

18  2254 and merits an answer from respondent.  *See Zichko v. Idaho*, 247 F.3d 1015, 1020

19  (9th Cir. 2001) (federal courts must construe pro se petitions for writs of habeas corpus

20  liberally).

21                              **CONCLUSION**

22      1.  The clerk shall serve by regular mail a copy of this order and the petition and all

23  attachments thereto on respondent and respondent's attorney, the Attorney General of the

24  State of California.  The clerk also shall serve a copy of this order on petitioner.

25      2.  Respondent shall file with the court and serve on petitioner, within sixty days of

26  the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules

27  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be

28  granted.  Respondent shall file with the answer and serve on petitioner a copy of all

United States District Court

For the Northern District of California

1   portions of the state trial record that have been transcribed previously and that are relevant

2   to a determination of the issues presented by the petition.

3        If petitioner wishes to respond to the answer, he shall do so by filing a traverse with

4   the court and serving it on respondent within thirty days of his receipt of the answer.

5        3.  Respondent may file a motion to dismiss on procedural grounds in lieu of an

6   answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing

7   Section 2254 Cases.  If respondent files such a motion, it is due fifty-six (56) days from the

8   date this order is entered.  If a motion is filed, petitioner shall file with the court and serve

9   on respondent an opposition or statement of non-opposition within twenty-eight (28) days of

10  receipt of the motion, and respondent shall file with the court and serve on petitioner a reply

11  within fourteen days of receipt of any opposition.

12       4.  Petitioner is reminded that all communications with the court must be served on

13  respondent by mailing a true copy of the document to respondent's counsel.  Petitioner

14  must keep the court informed of any change of address and must comply with the court's

15  orders in a timely fashion.  Failure to do so may result in the dismissal of this action for

16  failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Martinez v.*

17  *Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

18       **IT IS SO ORDERED.**

19  Dated:  August 7, 2012.

                                        PHYLLIS J. HAMILTON
20                                      United States District Judge

21

22

23

24

25

26

27

28

G:\PRO-SE\PJH\HC.12\Porras3005.osc.wpd

3